**Donna LYNAM and Marty
Becker, Appellants**

v.

**Gale CAMPBELL, Appellee.**

Supreme Court of Pennsylvania.

Argued April 16, 2008.
Decided Aug. 18, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of August,
2008, the appeal is dismissed as improvi-
dently granted.

**Douglas E. HUMPHREY, Appellant**

v.

**COMMONWEALTH of Pennsylva-
nia DEPARTMENT OF COR-
RECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of August,
2008, to the degree the Commonwealth
Court's order lays within its original juris-
diction, it is **AFFIRMED.** To the degree
Appellant is challenging that portion of the
Commonwealth Court's order laying within
that court's appellate jurisdiction, we con-
strue Appellant's appeal from that portion
of the order as a Petition for Allowance of
Appeal, and it is **DENIED.**

**Kenneth FORTUNE, Petitioner**

v.

**Jeffery BEARD, Respondent.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of August,
2008, the Application for Leave to File
Appeal Nunc Pro Tunc is **GRANTED.**
The Prothonotary shall direct Petitioner to
file the Notice of Appeal within 30 days of
the date of this order.